# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:20-CR-521

Marcello Earle Woods

## PLEA

The Defendant, Marcello Earle Woods, acknowledges receipt of a copy of the indictment and after arraignment pleads NOT guilty in open court.

_Marcello Woods_
_Not guilty_
(Signed)    Defendant

Columbia, South Carolina

Date: September 3, 2020