# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:20-521 (MGL) |
| | ) | |
| -vs- | ) | MOTION TO MODIFY CONDITIONS |
| | ) | OF BOND |
| MARCELLO EARLE WOODS | ) | |

On September 3, 2020, the defendant made an initial appearance and was released on a $25,000 unsecured bond into the custody of his parents with the special conditions of a curfew, location monitoring, not possessing a firearm, no excessive use of alcohol, and no use or unlawfully possessing a narcotic drug or other controlled substance.

The defendant has notified his probation officer that he is in need of drug treatment. Defense counsel has consulted with Probation Officer Crystal Boyd, who is in agreement with this modification.

For the reasons contained herein, the defendant moves the court to modify the conditions of his release to include drug testing and treatment.

Respectfully submitted,

s/KATHERINE E. EVATT
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: (803) 765-5078
ATTORNEY ID# 7044
Email address: Kathy_Evatt@fd.org

Columbia, South Carolina
February 3, 2021

1