IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.:   3:20-cr-521-MGL |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| v. | ) | 18 U.S.C. § 231(a)(3) |
| | ) | |
| **MARCELLO EARLE WOODS** | ) | **INFORMATION** |

### COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 31, 2020, in the District of South Carolina, the Defendant, **MARCELLO EARLE WOODS**, did knowingly commit acts to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder, which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function, and did aid and abet others known and unknown to the United States Attorney in doing so;

In violation of Title 18, United States Code, Sections 231(a)(3) and 2.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Elliott B. Daniels (Fed ID No. 11931)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-256-0233
Email:    Elliott.Daniels@usdoj.gov